AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KEITH SEE,

        Plaintiffs,

v.  **Civil Action No.** 1:17cv386

CITY OF FORT WAYNE,
DAVID BUSH, *Officer,*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Judgment entered in favor of Defendant Officer David Bush and against Plaintiff Keith See. The Court DISMISSES all claims alleging discrimination due to homelessness in violation of Mr. See's constitutional rights; RELINQUISHES its jurisdiction over the state law tort claim for false imprisonment and false arrest; and REMANDS that claim to Allen County, Indiana, Superior Court for all further proceedings.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Magistrate Judge Paul R. Cherry on a Motion for Summary Judgment by Defendant.

DATE:  July 2, 2018                                   ROBERT N. TRGOVICH, CLERK OF COURT

                                                              By: s/ L. Higgins-Conrad
                                                                      *Signature of Deputy Clerk*