AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KEITH SEE,

        Plaintiffs,

v.                                                                                          **Civil Action No.** 1:17cv386

CITY OF FORT WAYNE,
DAVID BUSH, *Officer,*

        Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other:  Judgment entered in favor of Defendant Officer David Bush and against Plaintiff Keith See on the claims of unlawful seizure and malicious prosecution. The Court DISMISSES all claims alleging discrimination due to homelessness in violation of Mr. See's constitutional rights; RELINQUISHES its jurisdiction over the state law tort claim for false imprisonment and false arrest; and REMANDS that claim to Allen County, Indiana, Superior Court for all further proceedings.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Magistrate Judge Paul R. Cherry on a Motion for Summary Judgment by Defendant.

DATE:  July 9, 2018                                         ROBERT N. TRGOVICH, CLERK OF COURT

                                                                                       By:  s/ L. Higgins-Conrad
                                                                                      *Signature of Deputy Clerk*